# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: MICHAEL A. FEFFER, SR. | § | Case No. 10-75881 |
| MARY J. FEFFER | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/30/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/11/2011.

5) The case was dismissed on 06/10/2011.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $68,289.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 12,025.43 | |
| Less amount refunded to debtor | $ 12,025.43 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 3,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY STEVEN J BRODY | Lgl | 3,500.00 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Sec | 16,620.00 | 17,110.59 | 16,620.00 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 0.00 | 0.00 | 490.59 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Sec | 0.00 | 6,718.41 | 0.00 | 0.00 | 0.00 |
| CITICORP TRUST BANK fsb | Sec | 1,000.00 | 1,651.55 | 1,000.00 | 0.00 | 0.00 |
| CITICORP TRUST BANK fsb | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ESB / HARLEY DAVIDSON CR | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 0.00 | 15,294.69 | 0.00 | 0.00 | 0.00 |
| GEMB LENDING INC | Uns | 0.00 | 16,682.16 | 0.00 | 0.00 | 0.00 |
| HARRIS NA | Uns | 12,185.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 3,322.43 | 2,653.97 | 2,653.97 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 672.92 | 672.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 24,049.62 | 20,871.10 | 20,871.10 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 3,372.14 | 3,372.14 | 0.00 | 0.00 |
| AFLAC | Uns | 273.06 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 7,206.00 | 7,552.02 | 7,552.02 | 0.00 | 0.00 |
| ARAMARK UNIFORM SERVICES | Uns | 163.12 | NA | NA | 0.00 | 0.00 |
| ARVON FUNDING LLC | Uns | 0.00 | 1,063.89 | 1,063.89 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CLIPPER MAGAZINE | Uns | 99.00 | 99.00 | 99.00 | 0.00 | 0.00 |
| DISH NETWORK | Uns | 47.36 | NA | NA | 0.00 | 0.00 |
| ECOLAB INC | Uns | 611.17 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE | Uns | 237.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 5,236.00 | 4,962.21 | 4,962.21 | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 140.00 | 153.03 | 153.03 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 554.00 | 820.46 | 820.46 | 0.00 | 0.00 |
| GONNELLA BAKING COMPANY | Uns | 128.07 | 128.07 | 128.07 | 0.00 | 0.00 |
| GRECO & SONS INC | Uns | 394.05 | NA | NA | 0.00 | 0.00 |
| GROOT INDUSTRIES INC | Uns | 307.44 | NA | NA | 0.00 | 0.00 |
| BASS & ASSOCIATES PC | Uns | 2,971.00 | 3,066.09 | 3,066.09 | 0.00 | 0.00 |
| HUSDON ENERGY | Uns | 6,358.91 | 6,322.92 | 6,322.92 | 0.00 | 0.00 |
| IC SYSTEM INC | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| KENNETH J SCOTT CPA LTD | Uns | 1,360.00 | 1,360.00 | 1,360.00 | 0.00 | 0.00 |
| MACCARB | Uns | 231.11 | 231.11 | 231.11 | 0.00 | 0.00 |
| MARK MUEHLFELDER | Uns | 54,951.34 | 54,951.34 | 54,951.34 | 0.00 | 0.00 |
| MCHENRY COUNTY DEPARTMENT | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Uns | 336.86 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 15,303.00 | 15,846.76 | 15,846.76 | 0.00 | 0.00 |
| NICOR GAS | Uns | 672.90 | NA | NA | 0.00 | 0.00 |
| PRITZLAFF WHOLESALE MEATS | Uns | 105.42 | NA | NA | 0.00 | 0.00 |
| ROYAL PUBLISHING | Uns | 151.65 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,403.00 | 1,425.18 | 1,425.18 | 0.00 | 0.00 |
| SHAW SUBURBAN MEDIA GROUP | Uns | 412.60 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF THE LAKES | Uns | 1,210.12 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 4,650.00 | 4,687.28 | 4,687.28 | 0.00 | 0.00 |
| TOTAL MERCHANT SERVICES | Uns | 622.66 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 622.00 | NA | NA | 0.00 | 0.00 |
| VERIZON NORTH | Uns | 191.86 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SPRING GROVE | Uns | 716.40 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Uns | 306.51 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 359.00 | 379.18 | 379.18 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 551.00 | 545.84 | 545.84 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 874.00 | 1,100.55 | 1,100.55 | 0.00 | 0.00 |
| MARK MUEHLFELDER | Sec | 0.00 | NA | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MICHAEL FEFFER, JR. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,000.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,620.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 17,620.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 23,525.07 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 23,525.07 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 109,230.58 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/20/2011        By: /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)